No. 58474.—Malhame & Co. v. United States, protest 221988–K (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of sheets or printed pages of books bound wholly or in part in leather the same in all material respects as those the subject of *United States* v. *John Wanamaker* (20 C. C. P. A. 381, T. D. 46185), the claim of the plaintiff was sustained.

No. 58475.—Frank P. Dow Co., Inc. v. United States, protest 218562–K (Portland, Oreg.).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of floor coverings, composed wholly or in chief value of rush and not of grass or of rice straw, which do not have a felt base, the same in all material respects as those the subject of Abstracts 57889 and 57890, the claim of the plaintiff was sustained.

No. 58476.—Stephen Rug Mills, Inc. v. United States, protests 138025–K, etc. (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the linoleum the subject of *United States* v. *Pacific Overseas Co., W. J. Byrnes & Co.* (42 C. C. P. A. 1, C. A. D. 559), the claims of the plaintiff were sustained.

No. 58477.—Dewitt Carpets, Inc., et al. v. United States, protests 139696–K, etc. (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the linoleum the subject of *United States* v. *Pacific Overseas Co., W. J. Byrnes & Co.* (42 C. C. P. A. 1, C. A. D. 559), the claims of the plaintiffs were sustained.